JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA MARIE EYVONNE GOMEZ WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 19-4185-JPR<br><br>**JUDGMENT** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the Commissioner's decision and remanding the case for further proceedings is GRANTED; (2) Defendant's request for an order affirming the Commissioner's final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: July 16, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE